IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICO LAMAR BALLARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-142-MTT |
| | * |
| WARDEN JOSE MORALES, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 3, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 6th day of March, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk